**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| RODERICK WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,<br><br>Defendant. | Case No.: 1:26-cv-02518<br><br>Hon. Paul L. Maloney<br><br>Magistrate Judge Marteen Vermaat |

**MOTION FOR EXTENSION OF TIME**

Defendant American Speech-Language-Hearing Association ("Defendant"), by its undersigned counsel, and for its Motion for Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7 states:

1. On September 4, 2026, Plaintiff Roderick Wright ("Plaintiff") filed a Complaint for Defamation (Libel) ("Complaint") in this cause. (Doc. 1.)

2. Defendant was served with the summons and Complaint on September 18, 2026. (Doc. 8.)

3. Defendant's response to the Complaint is due on October 13, 2026.[1]

4. The undersigned counsel requires additional time to investigate the claims raised in the 52-page Complaint, and requests an extension of time of 20 days to file its response, or on or before November 2, 2026.

[1] The 21st day after service of the Complaint (not including September 18, 2026) was Saturday, October 10, 2026, and Monday, October 12, 2026 was a federal holiday.

5. There is good cause for this extension, and the granting of this request will not prejudice Plaintiff in this newly filed action. Defendant has not previously filed any motion for extension of time in this cause.

6. Pursuant to Local Rule 7.3(b), a brief in support of this Motion is being filed concurrently with this Motion.

7. Pursuant to Local Rule 7.1(d)(1), the undersigned counsel certifies that a reasonable good faith effort was made to confer with Plaintiff (who is acting pro se) to determine whether he opposes this Motion and did not hear back from Plaintiff. A Certificate Regarding Motion Concurrence is being filed concurrently with this Motion.

WHEREFORE, Defendant American Speech-Language-Hearing Association respectfully requests that this Motion be granted for the reasons stated herein and its brief in support of this Motion, and that Defendant be allowed up to and including November 2, 2026, to file an answer or other responsive pleading to the Complaint in this cause.

Dated: October 13, 2026

Respectfully submitted,

By: */s/ Robert W, Brunner*

Robert W. Brunner
KILPATRICK TOWNSEND & STOCKTON LLP
320 S. Canal Street Suite 4500
Chicago, Illinois 60606
bbrunner@ktslaw.com
Attorney No. IL6203884

*Counsel for Defendant American Speech-Language-Hearing Association*