**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| RODERICK WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,<br><br>Defendant. | Case No.: 1:26-cv-02518<br><br>Hon. Paul L. Maloney<br><br>Magistrate Judge Marteen Vermaat |

**BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

Defendant American Speech-Language-Hearing Association ("Defendant"), by its undersigned counsel, submits the following brief in support of its Motion for Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7:

Motions for extensions of time to respond to a complaint are routinely granted for good cause shown. *Hagerty Grp., LLC v. Everage*, No. 1:18-CV-6, 2018 WL 11229791, at *3 (W.D. Mich. May 22, 2018). *See*, *e.g.*, *Pilling v. Austin*, No. 1:24-CV-01293, 2024 WL 6891289, at *1 (W.D. Mich. Dec. 27, 2024) (without written opinion court granted defendant extension of time to respond to complaint); *Barnaby v. Michigan State Gov't*, No. 1:22-CV-1146, 2023 WL 11879687, at *2 (W.D. Mich. Dec. 27, 2023), *aff'd*, No. 1:22-CV-1146, 2024 WL 4227091 (W.D. Mich. Feb. 1, 2024) (motions for extensions of time to respond to second amended complaint granted). In the case at bar, Defendant has shown good cause for the requested 20-day extension of time given that it needs additional time to investigate the allegations in the 52-page Complaint. Moreover, this short of extension will not prejudice Plaintiff in this newly filed action.

WHEREFORE, Defendant American Speech-Language-Hearing Association respectfully requests that this Motion be granted for the reasons stated herein and that Defendant be allowed up to and including November 2, 2026, to file an answer or other responsive pleading to the Complaint in this cause.

Dated: October 13, 2026

Respectfully submitted,

By: */s/ Robert W, Brunner*

Robert W. Brunner
KILPATRICK TOWNSEND & STOCKTON LLP
320 S. Canal Street Suite 4500
Chicago, Illinois 60606
bbrunner@ktslaw.com
Attorney No. IL6203884

*Counsel for Defendant American Speech-Language-Hearing Association*