**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| RODERICK WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,<br><br>Defendant. | Case No.: 1:26-cv-02518<br><br>Hon. Paul L. Maloney<br><br>Magistrate Judge Marteen Vermaat |

**CERTIFICATE OF MOTION CONCURRENCE**

The undersigned counsel for Defendant American Speech-Language-Hearing Association ("Defendant") certifies under penalty of perjury that the foregoing is true and correct regarding Defendant's Motion for Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Complaint:

1. On October 13, 2026, at approximately 1:13 p.m. Central District Time ("CDT"), Plaintiff was contacted by telephone to determine whether he had any objection to Defendant's request for a 20-day extension to file a response to the Complaint in this case. Plaintiff did not answer the phone and a voice mail was left regarding the same.

2. At 1:16 p.m. CDT, an email was sent to Plaintiff which stated Defendant planned to seek an extension of time of 20 days to respond to the Complaint, and if he agreed to the extension.

3. As of the time of filing Defendant's Motion for Extension, counsel had not heard back from Plaintiff.

Dated: October 13, 2026

*/s/ Robert W, Brunner*
Robert W. Brunner
KILPATRICK TOWNSEND & STOCKTON LLP
320 S. Canal Street Suite 4500
Chicago, Illinois 60606
bbrunner@ktslaw.com
Attorney No. IL6203884

*Counsel for Defendant American Speech-Language-Hearing Association*